

# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2015

No. 04-15-00661-CR

Roland **HERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR7447W
Honorable Ray Olivarri, Judge Presiding

**ORDER**

In accordance with this court's opinion issued this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on December 16, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of December, 2015.

_____
Keith E. Hottle, Clerk